UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE 0:18-cv-62122-XXXX

CHRISTOPHER HOY,

    Plaintiff,

v.

ALOHA PARASAIL, INC., a Florida Corporation,
And WAYNE MASCOLO, and individual,

    Defendants.
_____/



FILED BY ___ D.C.

OCT - 1 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ANSWER TO COMPLAINT

**COMES NOW**, the Defendant, ALOHA PARASAIL, INC. and WAYNE MASCOLO, and files this Answer to Complaint filed by Plaintiff, CHRISTOPHER HOY, and states:

1. Denied. The Court does not have jurisdiction of the Defendants as set forth in paragraph 1.

2. Denied. The Court does not have jurisdiction of the claims asserted in paragraph 2.

3. The Defendants are residents of Broward County, Florida.

4. Denied. The Plaintiff has not satisfied all conditions precedent to the filing of this action.

5. Denied.

6. Admitted to the extent that the Defendant, ALOHA PARASAIL, INC. employed the Plaintiff. All other allegations are denied.

7. Admitted to the extent that ALOHA PARASAIL, INC. is a Florida corporation registered to do business in Florida with its principal place of business in Broward County, Florida.

8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. Denied.
18. Admitted to the extent that the Plaintiff was paid $16.00 per hour but Defendants deny that the Plaintiff was entitled to overtime.
19. Denied.
20. Denied.
21. Denied.
22. Denied.
23. Denied.
24. Denied.
25. Denied.
26. Denied.
27. Denied.
28. Denied.
29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to Charles M. Eiss, Esq., 7951 SW 6th Street, Suite 308, Plantation, FL 33324, this ____1____ day of ___OCT_____, 2018.

WAYNE MASCOLO
ALOHA PARASAIL, INC.