UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62122-CIV-DIMITROULEAS

CHRISTOPHER HOY,

    Plaintiff,

v.

ALOHA PARASAIL, INC., a Florida corporation,
and WAYNE MASCOLO, an individual,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Plaintiff's September 10, 2020 Motion for Order to Show Cause [DE 48]; Plaintiff's December 21, 2021 Motion for Court to Direct the U.S. Marshalls to Transport Defendant, Wayne Mascolo to the Fort Lauderdale United States District Court at a Designated Time for Defendant to Sit for Deposition [DE 65]; and the January 8, 2021 Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 66]. The Court notes that no objections to the Report [DE 66] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 66] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 66] and record and is otherwise fully advised in the premises.

In the Report, the Magistrate Judge recommends that this Court grant Plaintiff's Motion

to the extent that Plaintiff seeks to hold Defendant Wayne Mascolo in Civil Contempt of Court for failing to appear at two scheduled depositions as well as the Show Cause hearing conducted on October 30, 2020, despite numerous Court warnings.  The Magistrate Judge further recommends that a writ of bodily attachment issue, directing that Defendant Wayne Mascolo's body be seized by the United States Marshal[1] and taken to the Magistrate Judge's Courtroom 203D at the United States District Court for the Southern District of Florida in Fort Lauderdale, where Defendant Mascolo shall be confined in the courtroom until the completion of his deposition and where the Marshal will remain for the duration of the deposition.

The Court, having conducted a *de novo* review of the entire file and record herein, agrees with the conclusion of the Magistrate Judge.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 66] is hereby **APPROVED**;

2. Plaintiff's Motion [DE 65] is hereby **GRANTED** as follows:

    a. The Court finds that Defendant Wayne Mascolo is in **CIVIL CONTEMPT** for failing to appear for his depositions and for failing to comply with Court Orders;

    b. Magistrate Judge Snow shall by separate Order issue the Writ of Bodily Attachment described above;

3. This matter of obtaining the deposition of Wayne Mascolo remains **REFERRED** to Magistrate Judge Snow for appropriate disposition or report and recommendation.

---

[1] The Marshal is **ADVISED** that Plaintiff has expressed a safety concern based on verbal altercations with the Defendant as noted in Plaintiff's Motion to Show Cause. *See* [DE 37] at pp. 1-2.

4. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Wayne Mascolo at the addresses below and to enter a NOTICE OF COMPLIANCE in the record indicating it has done so.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2021.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

WAYNE MASCOLO
1421 SOUTH OCEAN DRIVE
FORT LAUDERDALE, FL 33316

WAYNE MASCOLO
301 SEABREEZE BLVD.
FORT LAUDERDALE, FL 33316

US Marshal